UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In Re:  SABORAH DEAN WALKER     §
                                §   Case No.: 09-48229
                                §
                                §
          Debtor(s)             §

---

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The trustee declares as follows:

1) The case was filed on 12/21/2009.

2) This case was confirmed on 06/03/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 10/04/2010, 10/04/2010.

5) The case was dismissed on 02/17/2011.

6) Number of months from filing to the last payment:  13

7) Number of months case was pending:  17

8) Total value of assets abandoned by court order:  NA

9) Total value of assets exempted: $    23,140.00

10) Amount of unsecured claims discharged without payment $      .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ | 4,180.00 |
| Less amount refunded to debtor | $ | .00 |
| **NET RECEIPTS** | $ | 4,180.00 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid through the Plan | $ | 1,500.00 |
| Court Costs | $ | .00 |
| Trustee Expenses and Compensation | $ | 232.49 |
| Other | $ | .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ | 1,732.49 |
| Attorney fees paid and disclosed by debtor | $ | .00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| CITY OF CHICAGO WATE | SECURED | 271.98 | 603.19 | 271.98 | 271.98 | .00 |
| COMM HOME FN | SECURED | 27,151.17 | 25,189.01 | .00 | .00 | .00 |
| COOK COUNTY TREASURE | SECURED | NA | .00 | .00 | .00 | .00 |
| SELECT PORTFOLIO SER | SECURED | 107,701.91 | 104,851.00 | .00 | .00 | .00 |
| SELECT PORTFOLIO SER | SECURED | .00 | .00 | .00 | .00 | .00 |
| COMM HOME FN | SECURED | NA | 1,741.78 | .00 | .00 | .00 |
| SELECT PORTFOLIO SER | SECURED | NA | 19,993.37 | 19,993.37 | 2,175.53 | .00 |
| ALLSTATE INSURANCE | UNSECURED | 3,298.72 | NA | NA | .00 | .00 |
| AMERICAN HOME MTG SE | UNSECURED | .00 | NA | NA | .00 | .00 |
| ASPIRE | UNSECURED | 498.00 | NA | NA | .00 | .00 |
| ASPIRE | UNSECURED | .00 | NA | NA | .00 | .00 |
| CBT ASPIRE | UNSECURED | .00 | NA | NA | .00 | .00 |
| CBT ASPIRE | UNSECURED | .00 | NA | NA | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | .00 | NA | NA | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | .00 | NA | NA | .00 | .00 |
| PEOPLES GAS LIGHT & | UNSECURED | 1,458.82 | 1,458.82 | 1,458.82 | .00 | .00 |
| CITY OF CHICAGO DEPT | UNSECURED | 2,141.01 | 2,411.01 | 2,411.01 | .00 | .00 |
| AT&T | UNSECURED | 356.00 | NA | NA | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 389.79 | NA | NA | .00 | .00 |
| COMM HOME FN | UNSECURED | .00 | NA | NA | .00 | .00 |
| COOK COUNTY TREASURE | UNSECURED | .00 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 199.00 | 91.14 | 91.14 | .00 | .00 |
| CREDIT ONE BANK | UNSECURED | .00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| JEFFERSON CAPITAL SY | UNSECURED | 498.97 | NA | NA | .00 | .00 |
| AT&T SBC ILLINOIS | UNSECURED | .00 | NA | NA | .00 | .00 |
| AT&T SBC ILLINOIS | UNSECURED | 355.00 | NA | NA | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 364.95 | NA | NA | .00 | .00 |
| EMCC FINANCE | UNSECURED | 505.00 | NA | NA | .00 | .00 |
| EMCC FINANCE | UNSECURED | .00 | NA | NA | .00 | .00 |
| FORD MOTOR CREDIT CO | UNSECURED | .00 | NA | NA | .00 | .00 |
| FORD MOTOR CREDIT CO | UNSECURED | .00 | NA | NA | .00 | .00 |
| FORD MOTOR CREDIT CO | UNSECURED | .00 | NA | NA | .00 | .00 |
| GREAT AMERICAN FINAN | UNSECURED | .00 | NA | NA | .00 | .00 |
| GREAT AMERICAN FINAN | UNSECURED | .00 | NA | NA | .00 | .00 |
| TCF NATIONAL BANK | UNSECURED | 328.00 | NA | NA | .00 | .00 |
| PEOPLES GAS | UNSECURED | 1,659.00 | NA | NA | .00 | .00 |
| PEOPLES GAS | UNSECURED | 1,409.00 | NA | NA | .00 | .00 |
| SELECT PORTFOLIO SER | UNSECURED | .00 | NA | NA | .00 | .00 |
| HOME LOAN SERVICES I | UNSECURED | .00 | NA | NA | .00 | .00 |
| HSBC BANK | UNSECURED | .00 | NA | NA | .00 | .00 |
| HSBC | UNSECURED | .00 | NA | NA | .00 | .00 |
| HSBC BANK | UNSECURED | .00 | NA | NA | .00 | .00 |
| BUSCHBACH INS AGENCY | UNSECURED | 191.00 | NA | NA | .00 | .00 |
| BUSCHBACK INS AGENCY | UNSECURED | .00 | NA | NA | .00 | .00 |
| JOHN STROGER HOSPITA | UNSECURED | 116.40 | NA | NA | .00 | .00 |
| JOHN STROGER HOSPITA | UNSECURED | 164.40 | NA | NA | .00 | .00 |
| JOHN STROGER HOSPITA | UNSECURED | 360.00 | NA | NA | .00 | .00 |
| JH STROGER HOSP OF C | UNSECURED | 500.00 | NA | NA | .00 | .00 |
| JH STROGER HOSP OF C | UNSECURED | 640.80 | NA | NA | .00 | .00 |
| JOHN STROGER HOSPITA | UNSECURED | 1,755.60 | NA | NA | .00 | .00 |
| OCWEN LOAN SERVICING | UNSECURED | .00 | NA | NA | .00 | .00 |
| OPTION ONE MORTGAGE | UNSECURED | .00 | NA | NA | .00 | .00 |
| PEOPLES GAS LIGHT & | UNSECURED | 1,459.00 | NA | NA | .00 | .00 |
| PEOPLES GAS LIGHT & | UNSECURED | .00 | NA | NA | .00 | .00 |
| PEOPLES GAS LIGHT & | UNSECURED | .00 | NA | NA | .00 | .00 |
| RCA DIAMOND CENTER | UNSECURED | 519.00 | NA | NA | .00 | .00 |
| RCA DIAMOND CENTER | UNSECURED | 608.00 | NA | NA | .00 | .00 |
| RCA DIAMOND CENTER | UNSECURED | 553.00 | NA | NA | .00 | .00 |
| SELECT PORTFOLIO SER | UNSECURED | .00 | NA | NA | .00 | .00 |
| THE DIAMOND CENTER | UNSECURED | 419.00 | NA | NA | .00 | .00 |
| THE GOOD COOK BOOK C | UNSECURED | 40.47 | NA | NA | .00 | .00 |
| VERIZON WIRELESS | UNSECURED | .00 | NA | NA | .00 | .00 |
| VERIZON WIRELESS | UNSECURED | .00 | NA | NA | .00 | .00 |
| VERIZON WIRELESS/GRE | UNSECURED | .00 | NA | NA | .00 | .00 |
| VERIZON WIRELESS/GRE | UNSECURED | .00 | NA | NA | .00 | .00 |
| VILLAGE OF MELROSE P | UNSECURED | 150.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

```
.===============================================================================.
| **Scheduled Creditors:**                                                      |
|                                                                               |
| Creditor                 Claim          Claim         Claim       Principal     Int.  |
|   Name         Class    Scheduled      Asserted      Allowed        Paid        Paid  |
|                                                                               |
|VILLAGE OF OAK PARK  UNSECURED    40.00      NA           NA           .00         .00 |
|WASHINGTON MUTUAL/PR UNSECURED     .00       NA           NA           .00         .00 |
|WASHINGTON MUTUAL/PR UNSECURED     .00       NA           NA           .00         .00 |
|WILSHIRE CREDIT CORP UNSECURED     .00       NA           NA           .00         .00 |
|NATIONAL CITY BANK   OTHER         NA        NA           NA           .00         .00 |
|HOME LOAN SERVICES I OTHER         NA        NA           NA           .00         .00 |
.===============================================================================.
```

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | 19,993.37 | 2,175.53 | .00 |
| Debt Secured by Vehicle | .00 | .00 | .00 |
| All Other Secured | 271.98 | 271.98 | .00 |
| **TOTAL SECURED:** | 20,265.35 | 2,447.51 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 3,960.97 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 1,732.49 |
| Disbursements to Creditors | $ | 2,447.51 |
| **TOTAL DISBURSEMENTS:** | $ | 4,180.00 |

12)     The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:   05/17/2011                                           /s/ Tom  Vaughn
                                                                                  Tom  Vaughn, Chapter 13 Trustee

**STATEMENT**     : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption  5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**